UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
_____ DIVISION

1:26-cv-508-JPH-CSW

)
)
Plaintiff,                )
)
Lisa Miller               )          Case No.   70CO1-2506 -MF 000272
)
vs.                                   )
)
George Taylor             )
Defendants.               )

George Taylor Lillian Lynn Taylor
co Trustees of Taylor Family Trust
Not ~~Registered w/  SOS No Surity Bond~~



**FILED**

**03/17/2026**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

_____

emergency complaint and motion to stay( FOR) TUESDAY HEARING
(Title of Document)

(THIS IS AN EMEREGENY FOR (TRO) TO STOP MARCH 17 HEARING  2).PRELIMINARY INJUNCXTION
TO PROTECT MY PROPERTY.AT 601 N MORGAN RUSHVILLE IN.   FROM THEFT BY THIS RICO
ENETERPRISE..,.   ( RICO)    action .Defendents  are using   Forged documents  on 15 properties
included mine located at 601 n . Morgan st. Rushville IN. 46173 MY PROPERT assessed200.000.00...
( Defendants) George Taylor Lillian Lynn Taylor    ,Taylor Trust .co trustees.

PATRICK Badell Rushville Indiana.      70CO1-2011- PL- OOO216...In connection with my case in rush co in.
                                       my attorney Pat Badell is sitting on a motion for default against the
(SAMANTH A COPLEY)                     plaintiff do to  wayne Greeson failing  the  28 day rule back in
codeinforcer                           november 2025.  ATT; .Badell was just fired also do to  overcharging
FRAUDULANT TAX LIEN AT MY              fees for unearned representation and  going off my motion as pro se
PROPERTY.                              the first time.
CRISALIDA GAY... (PROPERTY MANAGER)  for GEORGE TAYLOR    (UNREGISTERED ENTRITIES) ... TAYLOR
INVESTMENT PROPERTIES  (UNREGISTEREDNO SURITY BOND)...  GEORGE AND LILLIAN TAYLOR CO
TRUSTEES OF TAYLOR TRUST.   UNREGISTERED ENTITY NO SURITY BOND   MATLATCH FLORIDA
(DOMICILE FOR TAYLORS )2016 ... TAYLOR TRUST (LISTED UNDER INDIVIUDUAL( NOT ENTITY).

(CRISALIDA GAY PROPERTY MANAGER) notorizes all dsocuments to be recorded along with forgery of
george taylors name,,  ( Tracy BRANNON  DAUGHTER OF THE TAYLORS. NOTORIZES TO BE RECOREDED
AND SIGHNES HER DADS NAQME..tIMOTHY BRUEHL ATT; IN LEE CO FLA PREPARES RECORDED
INDIANA DEEDS FOR NEW NAMES QAND NOTORIZES TO VBE RERECOREDED BACK INDIANA.

Signature _____  Date: _____    Page 1 of ____

/S/ LISA GAIL MILLER                 03 14 2026                        1
(Signature and Certificate of Service must be on last page of document)

Docket No. _____

Page _____ of _____

(Signature and Certificate of Service must be on last page of document)

_____

_____

_____

_____

_____

_____

_____

Date: _____  Signature: _____
                                                                     Movant

Address:

_____

_____

_____

Telephone Number: _____

## CERTIFICATE OF SERVICE

I certify that a copy of this _____
has been mailed, postage prepaid, upon (insert address in space provided):

Date: _____  Signed: _____
                                                                       Movant

**NOTE: You must complete this section, as well as mail copies of this document to each party.**